**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6128**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BEDFORD EUGENE FARMER,

Defendant - Appellant.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, District Judge.  (CR-92-174, CA-96-676-1)

---

Submitted:  May 15, 1997            Decided:  May 29, 1997

---

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Bedford Eugene Farmer, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Farmer, Nos. CR-92-174; CA-96-676-1 (S.D.W. Va. Jan. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2